<u>Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction</u>

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ▾

Western Division

| | | |
|---|---|---|
| Valerie Y. Barnes | ) | Case No. ⸱1ː23CV182⌋ ⸳⸳ |
| | ) | |
| | ) | _(to be filled in by the Clerk's Office)_ |
| | ) | |
| _Plaintiff(s)_ | ) | **JUDGE  BARRETT** |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | **MAGISTRATE JUDGE  BOWMAN** |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| CAPITAL ONE FINANCIAL CORPORATION; | ) | |
| WELTMAN, WEINBERG & REIS CO., LPA; | ) | |
| Jill A. Keck (0071053) | ) | |
| | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | | |
| _with the full list of names.)_ | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Valerie Y. Barnes |
| Street Address | 11963 Gaylord Drive |
| City and County | Cincinnati, Hamilton |
| State and Zip Code | Ohio, 45240 |
| Telephone Number | 5135686241 |
| E-mail Address | valeriebarnes39@gmail.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### Defendant No. 1

| | |
|---|---|
| Name | CAPITAL ONE FINANCIAL CORPORATION |
| Job or Title *(if known)* | |
| Street Address | 1680 Capital One Drive |
| City and County | Mc Lean, Fairfax |
| State and Zip Code | VA, 22102-3491 |
| Telephone Number | 1 (877) 383-4802 |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | WELTMAN WEINBERG & REIS CO., LPA |
| Job or Title *(if known)* | |
| Street Address | 965 Keynote Circle |
| City and County | Cleveland, Cuyahoga |
| State and Zip Code | OH, 44131-1829 |
| Telephone Number | 216-739-5100 |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | Jill A. Keck (0071053) |
| Job or Title *(if known)* | Attorney |
| Street Address | 312 Elm Street, Suite 1200 |
| City and County | Cincinnati, Hamilton |
| State and Zip Code | OH, 45402-3145 |
| Telephone Number | 513-723-2200 |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
The federal statutes at issue in this case of the United States Code are specifically pursuant to:
15 U.S.C. § 1692b(2),15 U.S.C. § 1692c(a), 15 U.S.C. § 1692d(1), 15 U.S.C. § 1692e,
15 U.S.C § 1692f(1), 15 U.S.C § 1692g 15 U.S.C § 1692i, 15 U.S.C § 1692j, 18 U.S.C. § 1001,18
U.S.C. § 1028(a)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____.

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**As a natural person, and consumer my rights were violated by corporations that has caused significant damage to my daily life. For these damages the amount at stake is $1,550,000.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

**The events occured in the Southern District of Ohio, Western Division therefore venue is proper. Pursuant to 28 U.S.C. 1331 this court has subject matter jurisdiction. This court has specific personal jurisdiction because the extent of the defendants' activities within this district.**

B.     What date and approximate time did the events giving rise to your claim(s) occur?

**The events occurred on several different dates between March 2019 and March 2023 at different approximate hours of business. The specific dates are listed in the facts underlying my claim.**

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

**Facts of the claim are attached in an additional page. See, Claim- Violation of FDCPA.**

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

**As the Chief Financial Manager, my reputation has been harmed significantly in regards to the garnishment filed against me. The injuries I am experiencing are irreparable due to the public humiliation within my office. As a result my blood pressure, stress and anxiety levels have been impacted as well. My ability to perform my duty as a superior has now been tarnished.**

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**WHEREFORE, the Plaintiff prays for relief in the following:**

**a) Compensatory damages in the amount of $250,000; the noneconomic maximum pursuant to Section 2315.18 ORC for defamation of my reputation.**
**b) Punitive damages in the amount of $1,300,000; for predatory lending practices**
**c) Permanent Injunction on the improper garnishment and lien filed on my real property for the infringement of my unalienable rights of life, liberty, and pursuit of happiness.**
**d) A trial by jury.**

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff        $3/31/2023$

Printed Name of Plaintiff     Valerie Y Barnes

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## CLAIM- VIOLATION OF FDCPA

1. On February 27, 2019, Plaintiff conducted a consumer credit transaction with Defendant No. 1 (CAPITAL ONE FINANCIAL CORPORATION) by internet.

2. Defendant No. 1 (CAPITAL ONE FINANCIAL CORPORATION) used Plaintiff's identity in conversion of the private credit card application for their own commercial use.

3. Between July 26, 2021, and August 9, 2021, Plaintiff sent a notice of dispute, debt validation and cease and desist to Defendant No. 1 (CAPITAL ONE FINANCIAL CORPORATION)

4. Defendant No. 1 (CAPITAL ONE FINANCIAL CORPORATION) marked Plaintiff's account in a cease and desist status and did not validate the alleged debt.

5. Between August and September of 2021 Plaintiff's account number with Defendant No. 1 (CAPITAL ONE FINANCIAL CORPORATION) was changed from 7832 (last four digits) to 9911 (last four digits), charged off, and then closed.

6. After Defendant No. 1 (CAPITAL ONE FINANCIAL CORPORATION) Closed Plaintiff's account they transferred Plaintiff's private identification information to Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) without consent.

7. In March of 2022 Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) and Defendant No. 3 (JILL A. KECK) without consent, initiated communication with Plaintiff through a civil complaint knowing a cease and desist was in place.

8. Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) used Defendant No. 3 (JILL A. KECK) to bring an unauthorized action against Plaintiff on behalf of Defendant

No. 1 (CAPITAL ONE FINANCIAL CORPORATION). for an alleged debt in the amount of $13,353.15 in Municipal Civil Court.

9. Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) falsely represented the character, amount, or legal status of Plaintiff's alleged debt.

10. Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) functioned as an attorney and a debt collector without a contract to sue Plaintiff upon and without a victim from Plaintiff's conduct.

11. On December 1, 2022 Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) was granted summary judgment on behalf of Defendant No. 1 (CAPITAL ONE FINANCIAL CORPORATION)

12. On March 14, 2023 Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) filed a garnishment against Plaintiff in the amount of $13, 584.15

13. On March 21, 2023 Defendant No. 2 (WELTMAN, WEINBERT & REIS CO. LPA) filed a lien which may encumber real property Plaintiff has interest in.

14. Plaintiff is a victim to the misconduct of the Defendants for the violations of 15 U.S.C. § 1692b(2), 15 U.S.C. § 1692c(a), 15 U.S.C. § 1692d(1), 15 U.S.C. § 1692e, 15 U.S.C § 1692f(1), 15 U.S.C § 1692g 15 U.S.C § 1692i, 15 U.S.C § 1692j, 18 U.S.C. § 1001,18 U.S.C. § 1028(a)

15. Plaintiff is entitled to remedy for injuries.

**Capital**One | SAVOR     Exhibit 1

Savor Credit Card | World Elite Mastercard ending in 7832
Jun 16, 2021 - Jul 16, 2021 | 31 days in Billing Cycle

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **Aug 10, 2021** | |
| New Balance | Minimum Payment Due |
| **$12,101.31** | **$983.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** Even if you make no more charges with this card, if you make only the minimum payment each month we estimate you will never pay off the balance shown on this statement because your payment will be less than the interest charged each month.

If you make more than the minimum payment each period, you will pay less in interest and pay off your balance sooner. For example, if you instead paid $472.00 per month, you would pay off the balance shown on this statement in around 3 years.

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $12,024.02 |
| Payments | - $200.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $38.00 |
| Interest Charged | + $239.29 |
| New Balance | = $12,101.31 |
| Credit Limit | $12,000.00 |
| Available Credit (as of Jul 16, 2021) | $0.00 |
| Cash Advance Credit Limit | $3,600.00 |
| Available Credit for Cash Advances | $0.00 |

300080



Get your account
**back on track.**
Visit **capitalone.com** to make a payment today.

## Account Notifications

Please check page 3 of this statement for your Account Notifications.

---

Pay or manage your account at **capitalone.com**          Customer Service: 1-800-227-4825          See reverse for Important Information



000195053

P107

VALERIE Y BARNES
11963 GAYLORD DR
CINCINNATI, OH 45240-1564

**Payment Due Date: Aug 10, 2021**          Account ending in 7832

| New Balance | Minimum Payment Due | Amount Enclosed | Capital One |
|---|---|---|---|
| **$12,101.31** | **$983.00** | $ _____ | P.O. Box 6492 |

Carol Stream IL 60197-6492

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

1 5156769683047832 16 0000000200000983009

**CapitalOne** | SAVOR

Savor Credit Card | World Elite Mastercard ending in 7832
Jun 16, 2021 - Jul 16, 2021 | 31 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

### VALERIE Y BARNES #7832: Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jun 23 | Jun 23 | CAPITAL ONE ONLINE PYMTAuthDate 22-Jun | - $200.00 |

### VALERIE Y BARNES #7832: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jul 10 | Jul 10 | PAST DUE FEE | $38.00 |

**Total Fees for This Period**    **$38.00**

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $156.96 |
| Interest Charge on Cash Advances | $82.33 |
| Interest Charge on Other Balances | $0.00 |

**Total Interest for This Period**    **$239.29**

## Totals Year-to-Date

**Total Fees charged**    **$247.00**

**Total Interest charged**    **$1,637.76**

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 23.49% P | $7,867.12 | $156.96 |
| Cash Advances | 23.49% P | $4,126.30 | $82.33 |

Variable APRs: If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle |
| F | 1 month LIBOR + margin | |

Additional Information on the next page

Exhibit 1

**Capital**One  |  SAVOR

Page 3 of 3
Savor Credit Card 1 World Elite Mastercard ending in 7832
Jun 16, 2021 - Jul 16, 2021  |  31 days in Billing Cycle

## Account Notifications

ⓘ  For questions about this account, please give us a call at 1-800-955-6600. We'll be glad to help you Monday through Friday from 8 a.m. to 11 p.m. ET, and Saturday and Sunday from 8 a.m. to 5 p.m. ET.

ⓘ  Your account has gone over its credit limit and is currently past due.

ⓘ  You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.



Exhibit 1

**Capital**One | SAVOR    Exhibit 2

## Payment Information

Payment Due Date
### Sep 10, 2021

For online and phone payments, the deadline is 8pm ET.

New Balance
### $12,345.10

Minimum Payment Due
### $1,350.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 27 Years | $33,672 |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $12,101.31 |
| Payments | $0.00 |
| Other Credits | - $1,678.55 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $274.00 |
| Interest Charged | + $1,648.34 |
| New Balance | = $12,345.10 |
| Credit Limit | $12,000.00 |
| Available Credit (as of Aug 16, 2021) | N/A |
| Cash Advance Credit Limit | $3,600.00 |
| Available Credit for Cash Advances | N/A |

## Account Notifications

ⓘ  Your minimum payment was not received in time to avoid a late fee. As a courtesy, we didn't charge you a late fee this month. Please note that we may charge a late fee in future months if we don't receive at least your minimum payment by your due date.

Pay or manage your account at **capitalone.com**    Customer Service: 1-800-227-4825    See reverse for Important Information



R00559669

P108

VALERIE Y BARNES
11963 GAYLORD DR
CINCINNATI, OH 45240-1564

Payment Due Date: **Sep 10, 2021**    Account ending in 9911

New Balance
## $12,345.10

Minimum Payment Due
## $1,350.00

Amount Enclosed
## $ _____

Capital One
P.O. Box 6492
Carol Stream IL 60197-6492

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

1  5156769967849911  16  0000000200001350002

Page 2 of 3

Case: 1:23-cv-00182-MWM-SKB Doc #: 1 Filed: 03/31/23 Page: 13 of 28 PAGEID #: 13g in 9911
Jul 17, 2021 - Aug 16, 2021  |  31 days in Billing Cycle

**CapitalOne** | SAVOR

## Transactions

**Visit capitalone.com to see detailed transactions.**

### VALERIE Y BARNES #9911: Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

### VALERIE Y BARNES #9911: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

### VALERIE Y BARNES #7832: Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Feb 10 | Aug 12 | LATE PAYMENT FEE ADJUSTMENT | - $27.00 |
| Feb 13 | Aug 12 | PURCHASE FINANCE CHARGE ADJUSTMENT | - $145.54 |
| Feb 13 | Aug 12 | CASH FINANCE CHARGE ADJUSTMENT | - $69.14 |
| Mar 16 | Aug 12 | PURCHASE FINANCE CHARGE ADJUSTMENT | - $162.16 |
| Mar 16 | Aug 12 | CASH FINANCE CHARGE ADJUSTMENT | - $78.02 |
| Apr 10 | Aug 12 | LATE PAYMENT FEE ADJUSTMENT | - $38.00 |
| Apr 15 | Aug 12 | PURCHASE FINANCE CHARGE ADJUSTMENT | - $154.44 |
| Apr 15 | Aug 12 | CASH FINANCE CHARGE ADJUSTMENT | - $77.00 |
| Apr 15 | Aug 12 | MEMBERSHIP FEE ADJUSTMENT | - $95.00 |
| May 10 | Aug 12 | LATE PAYMENT FEE ADJUSTMENT | - $38.00 |
| May 15 | Aug 12 | PURCHASE FINANCE CHARGE ADJUSTMENT | - $161.66 |
| May 15 | Aug 12 | CASH FINANCE CHARGE ADJUSTMENT | - $81.14 |
| Jun 10 | Aug 12 | LATE PAYMENT FEE ADJUSTMENT | - $38.00 |
| Jun 15 | Aug 12 | PURCHASE FINANCE CHARGE ADJUSTMENT | - $156.21 |
| Jun 15 | Aug 12 | CASH FINANCE CHARGE ADJUSTMENT | - $79.95 |
| Jul 10 | Aug 12 | LATE PAYMENT FEE ADJUSTMENT | - $38.00 |
| Jul 16 | Aug 12 | PURCHASE FINANCE CHARGE ADJUSTMENT | - $156.96 |
| Jul 16 | Aug 12 | CASH FINANCE CHARGE ADJUSTMENT | - $82.33 |

### VALERIE Y BARNES #7832: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Feb 10 | Aug 16 | LATE PAYMENT FEE ADJUSTMENT | $27.00 |
| Apr 10 | Aug 16 | LATE PAYMENT FEE ADJUSTMENT | $38.00 |
| Apr 15 | Aug 16 | MEMBERSHIP FEE ADJUSTMENT | $95.00 |
| May 10 | Aug 16 | LATE PAYMENT FEE ADJUSTMENT | $38.00 |
| Jun 10 | Aug 16 | LATE PAYMENT FEE ADJUSTMENT | $38.00 |
| Jul 10 | Aug 16 | LATE PAYMENT FEE ADJUSTMENT | $38.00 |

Additional information on the next page

Exhibit 2

**Capital One** | SAVOR

## Transactions (Continued)

**Total Fees for This Period**                                                    **$274.00**

### Interest Charged

| | |
|---|---:|
| Interest Charge on Purchases | $1,099.31 |
| Interest Charge on Cash Advances | $549.03 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$1,648.34** |

### Totals Year-to-Date

| | |
|---|---:|
| **Total Fees charged** | **$247.00** |
| **Total Interest charged** | **$1,881.55** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---:|
| Purchases | 23.49% P | $8,136.54 | $162.34 |
| Cash Advances | 23.49% P | $4,082.31 | $81.45 |

**Variable APRs:** If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle |
| F | 1 month LIBOR + margin | |

Exhibit 2

# USPS Tracking®

Exhibit 3

**FAQs >**

## Track Another Package **+**

**Tracking Number:** 9505516171761207247730 ✓

Remove ✕

Your item has been delivered and is available at a PO Box at 9:18 am on July 30, 2021 in MC LEAN, VA 22102.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, PO Box

July 30, 2021 at 9:18 am
MC LEAN, VA 22102

Feedback

---

**Text & Email Updates** ⌃

Select what types of updates you'd like to receive and how. Send me a notification for:

**Text**　　**Email**

☐　　☐ All Below Updates

☐　　☐ Expected Delivery Updates ⓘ

☐　　☐ Day of Delivery Updates ⓘ

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9505516171761207247754 ✓

Remove ✗

Your item has been delivered and is available at a PO Box at 9:18 am on July 30, 2021 in MC LEAN, VA 22102.

USPS Tracking Plus™ Available ∨

## ⊘ Delivered, PO Box

July 30, 2021 at 9:18 am
MC LEAN, VA 22102

Get Updates ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **USPS Tracking Plus™** | ∨ |
| **Product Information** | ∨ |

See Less ∧

Exhibit 3

**Tracking Number:** 9505516171761207247761 

Remove ✕

Your item has been delivered and is available at a PO Box at 9:18 am on July 30, 2021 in MC LEAN, VA 22102.

**USPS Tracking Plus™ Available** ∨

## ✅ **Delivered, PO Box**

July 30, 2021 at 9:18 am
MC LEAN, VA 22102

**Get Updates** ∨

**See More** ∨

Feedback

**Tracking Number:** 9505516171761207247778 

Remove ✕

Your item has been delivered and is available at a PO Box at 9:18 am on July 30, 2021 in MC LEAN, VA 22102.

**USPS Tracking Plus™ Available** ∨

## ✅ **Delivered, PO Box**

July 30, 2021 at 9:18 am
MC LEAN, VA 22102

**Get Updates** ∨

**See More** ∨

## Can't find what you're looking for?

Exhibit 3

# USPS Tracking®

Exhibit 4

FAQs >

**Tracking Number:**

Remove ✕

## 70201290000033417050

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:07 am on August 12, 2021 in MC LEAN, VA 22102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

Delivered, Individual Picked Up at Postal Facility

MC LEAN, VA 22102

August 12, 2021, 9:07 am

**Available for Pickup**

MC LEAN, VA 22102

August 12, 2021, 8:50 am

**Arrived at Post Office**

MC LEAN, VA 22102

August 12, 2021, 8:49 am

**Departed USPS Regional Destination Facility**

DULLES VA DISTRIBUTION CENTER

August 11, 2021, 8:50 pm

**Arrived at USPS Regional Destination Facility**

DULLES VA DISTRIBUTION CENTER

August 11, 2021, 11:29 am

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70201290000033417067

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:07 am on August 12, 2021 in MC LEAN, VA 22102.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

MC LEAN, VA 22102

August 12, 2021, 9:07 am

### Available for Pickup

MC LEAN, VA 22102

August 12, 2021, 8:50 am

### Arrived at Post Office

MC LEAN, VA 22102

August 12, 2021, 8:49 am

### Departed USPS Regional Destination Facility

DULLES VA DISTRIBUTION CENTER

August 11, 2021, 8:50 pm

### Arrived at USPS Regional Destination Facility

DULLES VA DISTRIBUTION CENTER

August 11, 2021, 11:29 am

Exhibit 4

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 70201290000033417074

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:07 am on August 12, 2021 in MC LEAN, VA 22102.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

MC LEAN, VA 22102
August 12, 2021, 9:07 am

**Available for Pickup**

MC LEAN, VA 22102
August 12, 2021, 8:50 am

**Arrived at Post Office**

MC LEAN, VA 22102
August 12, 2021, 8:49 am

**Departed USPS Regional Destination Facility**

DULLES VA DISTRIBUTION CENTER
August 11, 2021, 8:50 pm

**Arrived at USPS Regional Destination Facility**

DULLES VA DISTRIBUTION CENTER
August 11, 2021, 11:29 am

Feedback

Exhibit 4

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 70201290000033417043

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 8:25 am on August 12, 2021 in MC LEAN, VA 22102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

MC LEAN, VA 22102

August 12, 2021, 8:25 am

**Arrived at Post Office**

MC LEAN, VA 22102

August 12, 2021, 8:18 am

**Departed USPS Regional Destination Facility**

DULLES VA DISTRIBUTION CENTER

August 12, 2021, 2:35 am

**Arrived at USPS Regional Destination Facility**

DULLES VA DISTRIBUTION CENTER

August 11, 2021, 11:29 am

**In Transit to Next Facility**

August 10, 2021

**Arrived at USPS Regional Origin Facility**



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One Bank
1680 Capital One Dr.
Mc Lean, VA 22102

9590 9402 6511 0346 4238 30

2. Article Number (Transfer from service label)

7020 1290 0000 3341 7043

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
✕                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Feedback

Exhibit 4

## NOTICE TO THE JUDGMENT DEBTOR OF GARNISHMENT OF PERSONAL EARNINGS

CAPITAL ONE, N.A.

    JUDGMENT CREDITOR

vs.

VALERIE Y BARNES

    JUDGMENT DEBTOR

DEBTOR SS#: XXX-XX-4001

HAMILTON COUNTY MUNICIPAL COURT CIVIL DIVISION
ROOM 115, 1000 MAIN ST. CINCINNATI, OHIO 45202

CASE NO.: 22CV04471

AT ALL TIMES, IT IS THE RESPONSIBILITY OF THE JUDGMENT CREDITOR TO REMAIN AWARE OF THE STATUS OF THEIR GARNISHMENT.

You are hereby notified that this court has issued an order in the above case in favor of the above named judgment creditor in this proceeding, directing that some of your personal earnings be used in satisfaction of your debt to the judgment creditor instead of being paid to you. This order was issued on the basis of the judgment creditor's judgment against you that was obtained in, or certified to this court in the above case number on <u>December 1, 2022.</u>

Ohio law provides that you are entitled to keep a certain amount of your personal earnings free from the claims of creditors. Additionally, wages under a certain amount may never be used to satisfy the claims of creditors. The documents entitled **Order and Notice of Garnishment and Answer of Employer** that is enclosed with this notice shows how the amount proposed to be taken out of your personal earnings was calculated by your employer.

If you dispute the judgment creditor's right to garnish your personal earnings and believe that you are entitled to possession of the personal earnings because they are exempt, or if you feel that this order is improper for any reason, you may request a hearing before this court by disputing the claim in the Request for Hearing form, below, or in a substantially similar form, and delivering the Request for Hearing to this court at the above address, at the clerk of courts office, no later than the end of the 5th business day after you receive this notice. You may state your reason for disputing the judgment creditor's right to garnish your personal earnings in the space provided on the form; however, you are not required to do so. If you do state your reasons for disputing the judgment creditor's right, you are not prohibited from stating any other reason at the hearing. If you do not state your reasons, the court will not hold it against you, and you can state your reasons at the hearing.

**NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE HEARD OR CONSIDERED AT THE HEARING.** The hearing will be limited to a consideration of the amount of your personal earnings, if any, that can be used in satisfaction of the judgment you owe to the judgment creditor. If you request a hearing by delivering your request for hearing no later than the end of the 5th business day after you receive this notice, it will be conducted no later than 12 days after your request is received by the court. The clerk will notify you of the date, time and place of the hearing. You may indicate in the form that you believe that the need for the hearing is an emergency and that it should be given priority by the court. If you do so, the court will schedule the hearing as soon as practicable after your request is received, and the clerk will send you notice of the date, time and place of the hearing. **If you do not request a hearing by delivering your request for hearing no later than the end of the 5th business day after you receive this notice, some of your personal earnings will be paid to the judgment creditor!** If you have any questions concerning this matter, you may contact the clerk of court's office. If you want legal representation, you should contact your lawyer immediately. If you need the name of a lawyer, contact the local bar association or the legal aid office. The judges and clerks cannot give legal advice or act as your attorney.

### REQUEST FOR HEARING ON GARNISHMENT

**I dispute the judgment creditor's right to garnish my personal earnings in the above case and request that a hearing in the matter be held no later than 12 business days after delivery of this request to the court.**

I_____ feel that the need for the hearing is an emergency.
(insert "do or "do not")

I dispute the judgment creditor's right to garnish my personal earnings for the following reasons (optional):

_____

### I UNDERSTAND THAT NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE CONSIDERED AT THE HEARING

_____
Name of Judgment Debtor - type or print

_____
Signature

_____
Date

_____
Current Address

_____
City, State, Zip Code

_____
Telephone Number

**WARNING: IF YOU DO NOT DELIVER THIS REQUEST FOR HEARING OR A REQUEST FOR HEARING IN A SUBSTANTIALLY SIMILAR FORM TO THE CLERK OF COURTS OFFICE WITHIN 5 BUSINESS DAYS OF YOUR RECEIPT OF IT, YOU WILL WAIVE YOUR RIGHT TO A HEARING AND SOME OF YOUR PERSONAL EARNINGS NOW IN POSSESSION OF YOUR EMPLOYER WILL BE PAID TO THE JUDGMENT CREDITOR IN SATISFACTION OF YOUR DEBT TO THE JUDGMENT CREDITOR**

WWR# 040907770

HAMILTON COUNTY MUNICIPAL COURT Affidavit & Order & Notice of Garnishment of Personal Earning & Answer of Employer
HAMILTON COUNTY MUNICIPAL COURT Civil Div. Rm. 115, 1000 MAIN ST, ROOM 115 CINCINNATI, OH 45202 513-946-5700
Web Address www.courtclerk.org

CAPITAL ONE, N.A.

    JUDGMENT CREDITOR

vs.

VALERIE Y BARNES

(SS# OPTIONAL) XXX-XX-4001

    JUDGMENT DEBTOR

CASE NO.: 22CV04471

| WAGE |
| (Page 1 of 2) |

GARNISHMENT STATUS IS THE RESPONSIBILITY OF THE JUDGMENT CREDITOR

STATE OF OHIO: HAMILTON COUNTY SS. The undersigned, being first duly cautioned, sworn or affirmed according to law, says that I am attorney/judgment creditor herein who heretofore recovered, or certified, a judgment in this court against above named judgment debtor; that the garnishee named in section A below is an employer of the judgment debtor and may have personal earnings owing to the judgment debtor; that the written demand on judgment required by O.R.C. 2716.02 has been made at least 15 and not more than 45 days before the date hereof; that payment demanded in such written demand has not been made, nor a sufficient portion been made to prevent the garnishment of personal earnings described in such section; that affiant has no knowledge if the judgment debtor has applied for trusteeship, or is the subject of a debt scheduling agreement, either of which precludes the garnishment of judgment debtor's personal earnings.

_____
Attorney for Judgment Creditor
ALLEN J. REIS, 0015125

Sworn to & Subscribed before me on _____

_____
Notary Public:

## SECTION A: COURT ORDER AND NOTICE OF GARNISHMENT

GARNISHEE: URBAN MINORITY ALCOHOLISM, 3021 VERNON PLACE STE 2, CINCINNATI, OH 45219

The judgment creditor in this case has filed an affidavit, satisfactory with this court, stating that you may owe the judgment debtor money for personal earnings. You are ordered to complete the Answer of Employer (Garnishee) in Section B of this form. Return a completed and signed copy of Page 2 Section B of this form to the clerk of this court within Five (5) Business Days after receiving this Garnishment Order. Deliver a completed and signed copy, and accompanying documents entitled Notice to the Judgment Debtor & Request for Hearing to the debtor. Keep a completed and signed copy for your files.
Total Probable Amount Now Due includes the unpaid portion of the judgment, which is: $13,353.15
Judgment Interest and, if applicable, Pre-Judgment Interest relative to the Judgment at 0% per annum payable until judgment is satisfied.
Fees/other costs in the amount of:    $0
Court Costs in the amount of:    $231.00
**Total Probable Amount Now Due on Judgment Is:**    **$13,584.15**

This garnishment order of personal earnings is a continuous order requiring you to withhold a specified amount, calculated during each pay period at the statutory percentage of the debtor's personal disposable earnings as determined in accordance with the Interim/Final Report and Answer of Garnishee, from the debtor's personal disposable earnings during each pay period commencing with the first full pay period beginning after you receive the order until the judgment in favor of the creditor, fees/costs, judgment interest and, if any, pre-judgment interest has been paid in full. You must pay that specified amount, calculated each pay period at the statutory percentage to the clerk of this court within 30 days after the end of each pay period of the debtor and must include with that specified amount an Interim/Final Report and Answer of Garnishee in the form set forth in O.R.C. 2716.07. An Interim / Final Report form comes with this garnishment order of personal earnings. Photocopy it to use each time you pay the specified amount to the clerk of this court. You are permitted to deduct a processing fee of up to $3.00 from the debtor's personal disposable earnings for any pay period of the debtor that an amount was withheld for that order (processing fee is not part of the court costs). You are not required to file with the court the Interim/Final Report and Answer of Garnishee for any pay period of the debtor for which an amount from the debtor's personal disposable earnings was not withheld for that order. This garnishment order of personal earnings will remain in effect until one of the following occur: (1) the total probable amount due on the judgment is paid in full due to your withholding of the specified amount, calculated during each pay period at the statutory percentage from the debtor's personal disposable earnings that commenced with the first full pay period after you received this order; (2) the creditor, or creditor's attorney, files with this court a written notice that the total probable amount due on the judgment has been satisfied, or the creditor, or creditor's attorney, files a written request to terminate this garnishment order and release you from the mandate of this garnishment order; (3) a municipal or county court appoints a trustee for the debtor and issues to you an order that stays this garnishment order of personal earnings; (4) a federal bankruptcy court issues you an order that stays this garnishment order of personal earnings; (5) a municipal, county, or common pleas court issues to you a garnishment order of personal earnings that relates to the debtor and a different creditor and Ohio or Federal law provides the other order with a higher priority than this order; (6) a municipal, county, or common pleas court issues to you a garnishment order of personal earnings that relates to the debtor and a different creditor that does not have a higher priority than this order; (7) the creditor, or creditor's attorney, files with this court a written request to terminate and release the garnishment order, and as a result, the garnishment order will cease to remain in effect. Under the circumstances listed, you are required to file with this court an Interim/Final Report and Answer of Garnishee in the form set forth in O.R.C. 2716.08. Under the circumstances listed in (5) and (6) above, you must cease processing this garnishment after the expiration of the full pay period within which the 182ⁿᵈ day after you began processing it falls. Special stacking, priority of payment, and manner of payment rules apply when a garnishee receives multiple garnishment orders with respect to the same debtor. These rules are set forth in O.R.C. 2716.041. Familiarize yourself with these rules. An employer guide to processing continuous garnishment orders is included with this garnishment.

Witness my Hand & Seal this_____ day of _____.

WELTMAN, WEINBERG & REIS CO., L.P.A
ALLEN J. REIS, 0015125
ATTORNEY FOR PLAINTIFF
5000 BRADENTON AVE., STE. 100
DUBLIN, OH 43017
PHONE: 614-801-2600
FAX: 614-801-2601
EMAIL: DUBATTY@WELTMAN.COM
WWR# 040907770

(JUDGES SIGNATURE ON ORIGINAL ONLY)

FILE DATE:    FEB 15 2023

Exhibit 5

Hamilton County Municipal Court Affidavit & Order & Notice of Garnishment of Personal Earnings & Answer of Employer
Hamilton County Court Civil Div. Rm. 115, 1000 Main St. Cincinnati, Ohio 45202
Web Address: www.courtclerk.org

CAPITAL ONE, N.A.

     JUDGMENT CREDITOR

vs.

CASE NO. 22CV04471

VALERIE Y BARNES

     JUDGMENT DEBTOR

Debtor I.D. XXX-XX-4001

> **WAGE**
> (Page 2 of 2)

**SECTION B: ANSWER OF EMPLOYER (GARNISHEE). ANSWER ALL PERTINENT QUESTIONS.** An employer is one who is required to withhold payroll taxes out of payments of personal earnings made to the judgment debtor. Complete and return a signed copy of this page to the above listed address.

Now comes _____ the employer herein who says:

1. This garnishment order of personal earnings was received on _____.

2. The judgment debtor is in my employ: YES _____ NO _____ (IF "YES" COMPLETE THE REMAINER OF SECTION B AND THE INTERIM/FINAL REPORT FORM.)
If the answer is "NO", give the date of last employment _____.

3. (A) Is the debt to which this garnishment order of personal earnings pertains the subject of an existing agreement for debt scheduling between the judgment debtor and a budget and debt counseling service, and has the judgment debtor made every payment that was due under the agreement for debt scheduling no later than 45 days after the date on which the payment was due?

                                               YES _____      NO _____

If the answer to both parts of this question is "YES", give all available details of the agreement, sign this form, and return it to the court.

_____

_____.

(B) Were you, on the date that you received this garnishment order of personal earnings, withholding moneys from the judgment debtor's personal earnings pursuant to another garnishment order of personal earnings that Ohio or federal law provides with a higher priority than this garnishment order of personal earnings (such as a support order, or Internal Revenue Service levy)?

                                               YES _____      NO _____

If the answer to this question is "YES", give the name of the court that issued the higher priority order than this order, the associated case number, the date upon which you received that order, and the balance due to the relevant judgment creditor under that order.

_____

_____.

(C) Did you receive prior to the date that you received this garnishment order of personal earnings one or more other garnishment orders of personal earnings that are not described in question 3(B), and are you currently processing one or more of those orders of the statutorily required time period, or holding one or more of those orders for processing for a statutorily required period in the sequence of their receipt by you?

                                               YES _____      NO _____

If the answer to this question is "YES", give the name of the court that issued each of those previously received orders, the associated case numbers, the date upon which you received each of those orders, and the balance due to the relevant judgment creditor under each of those orders. List first the previously received order(s) that you are currently processing, and each of the other previously received orders in the sequence that you are required to process them.

_____

_____.

| HOLDING (CLERK USE ONLY) | I CERTIFY THAT THE STATEMENTS ABOVE ARE TRUE, AND THAT A COMPLETED AND SIGNED |
|---|---|
| $_____ | COPY OF THIS FORM, ALONG WITH TWO COPIES OF THE NOTICE TO THE JUDGMENT DEBTOR FORM, AND A REQUEST FOR HEARING FORM, HAVE BEEN DELIVERED TO THE JUDGMENT DEBTOR. EACH DEDUCTION FROM THE EMPLOYEE'S PAY WILL BE THE RESULT OF A CONTINUOUS GARNISHMENT. |
| CASH     CHECK | |

WELTMAN, WEINBERG & REIS CO., L.P.A
ALLEN J. REIS, 0015125
ATTORNEY FOR PLAINTIFF
5000 BRADENTON AVE., STE. 100
DUBLIN, OH 43017
PHONE: 614-801-2600
FAX: 614-801-2601
EMAIL: DUBATTY@WELTMAN.COM
WWR# 040907770

_____
EMPLOYER

_____
NAME AND TITLE OF PERSON COMPLETING FORM

_____
SIGNATURE OF PERSON COMPLETING FORM

_____
DATE

Exhibit 5

HAMILTON COUNTY MUNICIPAL COURT Affidavit & Order & Notice of Garnishment of Personal Earning & Answer of Employer
HAMILTON COUNTY MUNICIPAL COURT Civil Div. Rm. 115, 1000 MAIN ST, ROOM 115 CINCINNATI, OH 45202 513-946-5700
Web Address www.courtclerk.org

CAPITAL ONE, N.A.

    JUDGMENT CREDITOR

vs.

VALERIE Y BARNES

(SS# OPTIONAL) XXX-XX-4001

    JUDGMENT DEBTOR

CASE NO.: 22CV04471

**WAGE**
(Page 1 of 2)

GARNISHMENT STATUS IS THE RESPONSIBILITY OF THE
JUDGMENT CREDITOR

STATE OF OHIO: HAMILTON COUNTY SS. The undersigned, being first duly cautioned, sworn or affirmed according to law, says that I am attorney/judgment creditor herein who heretofore recovered, or certified, a judgment in this court against above named judgment debtor; that the garnishee named in section A below is an employer of the judgment debtor and may have personal earnings owing to the judgment debtor; that the written demand on judgment debtor required by O.R.C. 2716.02 has been made at least 15 and not more than 45 days before the date hereof; that payment demanded in such written demand has not been made, nor a sufficient portion been made to prevent the garnishment of personal earnings described in such section; that affiant has no knowledge if the judgment debtor has applied for trusteeship, or is the subject of a debt scheduling agreement, either of which precludes the garnishment of judgment debtor's personal earnings.

_____
Attorney for Judgment Creditor
ALLEN J. REIS, 0015125

Sworn to & Subscribed before me on _____

_____
Notary Public:

### SECTION A: COURT ORDER AND NOTICE OF GARNISHMENT

GARNISHEE: URBAN MINORITY ALCOHOLISM, 3021 VERNON PLACE STE 2, CINCINNATI, OH 45219

The judgment creditor in this case has filed an affidavit, satisfactory with this court, stating that you may owe the judgment debtor money for personal earnings. **You are ordered to complete the Answer of Employer (Garnishee) in Section B of this form. Return a completed and signed copy of Page 2 Section B of this form to the clerk of this court within Five (5) Business Days after receiving this Garnishment Order.** Deliver a completed and signed copy, and accompanying documents entitled Notice to the Judgment Debtor & Request for Hearing to the debtor. Keep a completed and signed copy for your files.

Total Probable Amount Now Due includes the unpaid portion of the judgment, which is: $13,353.15
Judgment Interest and, if applicable, Pre-Judgment Interest relative to the Judgment at 0% per annum payable until judgment is satisfied.

| | |
|---|---|
| Fees/other costs in the amount of: | .50 |
| Court Costs in the amount of: | $231.00 |
| Total Probable Amount Now Due on Judgment Is: | $13,584.15 |

This garnishment order of personal earnings is a continuous order requiring you to withhold a specified amount, calculated during each pay period at the statutory percentage of the debtor's personal disposable earnings as determined in accordance with the Interim/Final Report and Answer of Garnishee, from the debtor's personal disposable earnings during each pay period commencing with the first full pay period beginning after you receive the order until the judgment in favor of the creditor, fees/costs, judgment interest, and, if any, pre-judgment interest has been paid in full. **You must pay that specified amount, calculated each pay period at the statutory percentage to the clerk of this court within 30 days after the end of each pay period of the debtor and must include with that specified amount an Interim/Final Report and Answer of Garnishee in the form set forth in O.R.C. 2716.07.** An Interim / Final Report form comes with this garnishment order of personal earnings. Photocopy it to use each time you pay the specified amount to the clerk of this court. You are permitted to deduct a processing fee of up to $3.00 from the debtor's personal disposable earnings for any pay period of the debtor that an amount was withheld for that order (processing fee is not part of the court costs). You are not required to file with the court the Interim/Final Report and Answer of Garnishee for any pay period of the debtor for which an amount from the debtor's personal disposable earnings was not withheld for that order. This garnishment order of personal earnings will remain in effect until one of the following occur: (1) the total probable amount due on the judgment is paid in full due to your withholding of the specified amount, calculated during each pay period at the statutory percentage from the debtor's personal disposable earnings that commenced with the first full pay period after you received this order; (2) the creditor, or creditor's attorney, files with this court a written notice that the total probable amount due on the judgment has been satisfied, or the creditor, or creditor's attorney, files a written request to terminate this garnishment order and release you from the mandate of this garnishment order; (3) a municipal or county court appoints a trustee for the debtor and issues to you an order that stays this garnishment order of personal earnings; (4) a federal bankruptcy court issues you an order that stays this garnishment order of personal earnings; (5) a municipal, county, or common pleas court issues to you a garnishment order of personal earnings that relates to the debtor and a different creditor and Ohio or Federal law provides the other order with a higher priority than this order; (6) a municipal, county, or common pleas court issues to you a garnishment order of personal earnings that relates to the debtor and a different creditor that does not have a higher priority than this order; (7) the creditor, or creditor's attorney, files with this court a written request to terminate and release the garnishment order, and as a result, the garnishment order will cease to remain in effect. Under the circumstances listed, you are required to file with this court an Interim/Final Report and Answer of Garnishee in the form set forth in O.R.C. 2716.08. Under the circumstances listed in (5) and (6) above, you must cease processing this garnishment after the expiration of the full pay period within which the 182nd day after you began processing it falls. Special stacking, priority of payment, and manner of payment rules apply when a garnishee receives multiple garnishment orders with respect to the same debtor. These rules are set forth in O.R.C. 2716.041. Familiarize yourself with these rules. An employer guide to processing continuous garnishment orders is included with this garnishment.

Witness my Hand & Seal this_____ day of _____.

WELTMAN, WEINBERG & REIS CO., L.P.A
ALLEN J. REIS, 0015125
ATTORNEY FOR PLAINTIFF
5000 BRADENTON AVE., STE. 100
DUBLIN, OH 43017
PHONE: 614-801-2600
FAX: 614-801-2601
EMAIL: DUBATTY@WELTMAN.COM
WWR# 040907770

_____
(JUDGES SIGNATURE ON ORIGINAL ONLY)

FILE DATE: _____ FEB 15 2023

Exhibit 5

Hamilton County Municipal Court Affidavit & Order & Notice of Garnishment of Personal Earnings & Answer of Employer
Hamilton County Court Civil Div. Rm. 115, 1000 Main St. Cincinnati, Ohio 45202
Web Address: www.courtclerk.org

CAPITAL ONE, N.A.

     JUDGMENT CREDITOR

vs.

     CASE NO. 22CV04471

VALERIE Y BARNES

     JUDGMENT DEBTOR

Debtor I.D. XXX-XX-4001

> **WAGE**
> (Page 2 of 2)

**SECTION B: ANSWER OF EMPLOYER (GARNISHEE). ANSWER ALL PERTINENT QUESTIONS.** An employer is one who is required to withhold payroll taxes out of payments of personal earnings made to the judgment debtor. Complete and return a signed copy of this page to the above listed address.

Now comes _____ the employer herein who says:

1. This garnishment order of personal earnings was received on _____.

2. The judgment debtor is in my employ: YES _____ NO _____ (IF "YES" COMPLETE THE REMAINER OF SECTION B AND THE INTERIM/FINAL REPORT FORM.)
If the answer is "NO", give the date of last employment _____.

3. (A) Is the debt to which this garnishment order of personal earnings pertains the subject of an existing agreement for debt scheduling between the judgment debtor and a budget and debt counseling service, and has the judgment debtor made every payment that was due under the agreement for debt scheduling no later than 45 days after the date on which the payment was due?

                                            YES ____          NO _____,

If the answer to both parts of this question is "YES", give all available details of the agreement, sign this form, and return it to the court.

_____

_____

(B) Were you, on the date that you received this garnishment order of personal earnings, withholding moneys from the judgment debtor's personal earnings pursuant to another garnishment order of personal earnings that Ohio or federal law provides with a higher priority than this garnishment order of personal earnings (such as a support order, or Internal Revenue Service levy)?

                                            YES ____          NO _____,

If the answer to this question is "YES", give the name of the court that issued the higher priority order than this order, the associated case number, the date upon which you received that order, and the balance due to the relevant judgment creditor under that order.

_____

_____

(C) Did you receive prior to the date that you received this garnishment order of personal earnings one or more other garnishment orders of personal earnings that are not described in question 3(B), and are you currently processing one or more of those orders of the statutorily required time period, or holding one or more of those orders for processing for a statutorily required period in the sequence of their receipt by you?

                                            YES ____          NO _____,

If the answer to this question is "YES", give the name of the court that issued each of those previously received orders, the associated case numbers, the date upon which you received each of those orders, and the balance due to the relevant judgment creditor under each of those orders. List first the previously received order(s) that you are currently processing, and each of the other previously received orders in the sequence that you are required to process them.

_____

_____

| HOLDING (CLERK USE ONLY) | I CERTIFY THAT THE STATEMENTS ABOVE ARE TRUE, AND THAT A COMPLETED AND SIGNED COPY OF THIS FORM, ALONG WITH TWO COPIES OF THE NOTICE TO THE JUDGMENT DEBTOR FORM, AND A REQUEST FOR HEARING FORM, HAVE BEEN DELIVERED TO THE JUDGMENT DEBTOR. EACH DEDUCTION FROM THE EMPLOYEE'S PAY WILL BE THE RESULT OF A CONTINUOUS GARNISHMENT. |
|---|---|
| $_____ <br><br> **CASH**    **CHECK** | |

WELTMAN, WEINBERG & REIS CO., L.P.A
ALLEN J. REIS, 0015125
ATTORNEY FOR PLAINTIFF
5000 BRADENTON AVE., STE. 100
DUBLIN, OH 43017
PHONE: 614-801-2600
FAX: 614-801-2601
EMAIL: DUBATTY@WELTMAN.COM
WWR# 040907770

_____
EMPLOYER

_____
NAME AND TITLE OF PERSON COMPLETING FORM

_____
SIGNATURE OF PERSON COMPLETING FORM

_____
DATE

Exhibit 5

Hamilton County Municipal Court Interim/Final Report And Answer Of Garnishee (OR.C.2716.07, 08)

CAPITAL ONE, N.A.
    JUDGMENT CREDITOR
vs.
VALERIE Y BARNES
    JUDGMENT DEBTOR

HAMILTON COUNTY MUNICIPAL COURT
1000 MAIN STREET, RM 115
CINCINNATI, OH 45202

Case # 22CV04471

## INTERIM REPORT

The Garnishee, URBAN MINORITY ALCOHOLISM 3021 VERNON PLACE STE 2 CINCINNATI, OH 45219, in the above case states as follows:

1. THE DATE THAT THE GARNISHEE RECEIVED THE GARNISHMENT ORDER OF THE JUDGMENT DEBTOR'S PERSONAL EARNINGS WAS _____.
2. THE TOTAL PROBABLE AMOUNT DUE ON THE JUDGMENT, INCLUDING COURT COSTS, JUDGMENT INTEREST AND, IF APPLICABLE, PREJUDGMENT INTEREST, AS STATED IN EITHER SECTION A OF THE GARNISHMENT ORDER OF THE JUDGMENT DEBTOR'S PERSONAL EARNINGS OR IN THE AFFIDAVIT OF CURRENT BALANCE DUE ON GARNISHMENT ORDER IF THAT AFFIDAVIT HAS BEEN RECEIVED SUBSEQUENT TO THE GARNISHMENT ORDER, IS $ _____.
3. THE PAY PERIOD OF THE JUDGMENT DEBTOR IS (ENTER WEEKLY, BIWEEKLY, SEMIMONTHLY OR MONTHLY. DO NOT ENTER A PAY PERIOD OF MORE THAN ONE MONTH): _____.
4. THE DISPOSABLE EARNINGS OF THE JUDGMENT DEBTOR EARNED DURING THE JUDGMENT DEBTOR'S PRESENT PAY PERIOD IS ("DISPOSABLE EARNINGS" MEANS EARNINGS AFTER DEDUCTIONS RERQUIRED BY LAW. "PRESENT PAY PERIOD" MEANS THE PAY PERIOD FOR WHICH YOU ARE COMPLETING THIS "INTERIM/FINAL REPORT & ANSWER OF GARNISHEE.") $ _____.
5. THE AMOUNT EQUAL TO 25% OF THE JUDGMENT DEBTOR'S DISPOSABLE EARNINGS SET FORTH IN SECTION 4 OF THIS FORM IS $ _____.
6. _____ TIMES THE CURRENT FEDERAL MINIMUM HOURLY WAGE IS (IF THE JUDGMENT DEBTOR IS PAID WEEKLY ENTER 30, IF PAID BIWEEKLY ENTER 60, IF PAID SEMIMONTHLY ENTER 65, IF PAID MONTHLY ENTER 130, THEN CALCULATE THE AMOUNT). $ _____.
7. THE AMOUNT BY WHICH THE AMOUNT IN SECTION 4 OF THIS FORM EXCEEDS THE AMOUNT IN SECTION 6 OF THIS FORM IS $ _____.
8. THE SMALLEST OF EITHER THE AMOUNT ENTERED IN SECTION 5 OF THIS FORM, THE AMOUNT ENTERED IN SECTION 7, OR THE AMOUNT ENTERED IN SECTION 2 IS, $ _____.
9. THE AMOUNT ENTERED IN SECTION 8 OF THIS FORM, PLUS OR MINUS, AS APPROPRIATE, THE GARNISHEE'S PROCESSING FEE IS $ _____ (IF THE AMOUNT ENTERED IN SECTION 8 EQUALS THE AMOUNT ENTERED IN SECTION 2, THEN ADD UP TO $3.00; OTHERWISE SUBTRACT UP TO $3.00)
10. OTHER DEDUCTIONS $ _____.
11. THE CALCULATED AMOUNT THAT HAS BEEN WITHHELD FROM THE JUDGMENT DEBTOR'S PERSONAL EARNINGS DURING THE JUDGMENT DEBTOR'S PRESENT PAY PERIOD AND THAT IS SUBMITTED WITH THIS INTERIM/FINAL REPORT AND ANSWER OF GARNISHEE IS $ _____.

### FINAL REPORT (In addition to questions 1 and 2, answer the following questions when filing a Final Report)

3. THE TOTAL PROBABLE AMOUNT THAT HAS BEEN WITHHELD FROM THE JUDGMENT DEBTOR'S DISPOSABLE EARNINGS AND PAID TO THE COURT WHILE THE GARNISHMENT ORDER OF THE JUDGMENT DEBTOR'S PERSONAL. EARNINGS REMAINED IN EFFECT IS $ _____.
4. (WHEN APPLICABLE) THE TOTAL PROBABLE AMOUNT DUE ON THE JUDGMENT (STATED IN 2 ABOVE) IS NOT EQUAL TO THE TOTAL AMOUNT THAT HAS BEEN WITHHELD (STATED IN 3 ABOVE), AND THE REASON FOR THAT DIFFERENCE IS THAT THE GARNISHMENT ORDER OF THE JUDGMENT DEBTOR'S PERSONAL EARNINGS CEASED TO BE IN EFFECT FOR THE FOLLOWING STATUTORILY PRESCRIBED REASON(S). (CHECK WHICHEVER APPLY):
(A) _____ A MUNICIPAL OR COUNTY COURT APPOINTED A TRUSTEE FOR THE JUDGMENT DEBTOR AND ISSUED AN ORDER THAT STAYS THE GARNISHMENT ORDER OF THE DEBTOR'S PERSONAL EARNINGS.
(B) _____ A FEDERAL BANKRUPTCY COURT ISSUED AN ORDER THAT STAYS THE GARNISHMENT ORDER OF THE JUDGMENT DEBTOR'S PERSONAL EARNINGS.
(C) _____ A MUNICIPAL, COUNTY, OR COMMON PLEAS COURT ISSUED ANOTHER GARNISHMENT ORDER OF PERSONAL EARNINGS THAT RELATED TO THE DEBTOR AND A DIFFERENT CREDITOR, AND OHIO OR FEDERAL LAW PROVIDES THE OTHER ORDER A HIGHER PRIORITY. SET FORTH THE NAME OF THE COURT THAT ISSUED THE HIGHER PRIORITY ORDER, THE ASSOCIATED CASE NUMBER, THE DATE THAT THE HIGHER PRIORITY ORDER WAS RECEIVED, AND THE BALANCE DUE TO THE RELEVANT JUDGMENT CREDITOR UNDER THAT ORDER _____
(D) _____ A MUNICIPAL, COUNTY, OR COMMON PLEAS COURT ISSUED ANOTHER GARNISHMENT ORDER OF PERSONAL EARNINGS THAT RELATES TO THE DEBTOR AND A DIFFERENT CREDITOR AND THAT IS NOT DESCRIBED IN 4(C) ABOVE. SET FORTH THE NAME OF THE COURT THAT ISSUED THE SUBSEQUENTLY RECEIVED ORDER, THE ASSOCIATED CASE NUMBER, THE DATE THAT THE SUBSEQUENT ORDER WAS RECEIVED, AND THE BALANCE DUE TO THE RELEVANT JUDGMENT CREDITOR UNDER THAT ORDER _____
(E) _____ THE CREDITOR OR CREDITOR'S ATTORNEY HAS ISSUED A REQUEST THAT THE GARNISHMENT ORDER BE TERMINATED AND THE GARNISHEE RELEASED FROM MANDATES OF THE GARNISHMENT ORDER.
(F) _____ JUDGMENT DEBTOR'S EMPLOYMENT TERMINATED ON _____.
(G) _____ OTHER _____.

WELTMAN, WEINBERG & REIS CO., L.P.A.
ALLEN J. REIS, 0015125
ATTORNEY FOR PLAINTIFF
5000 BRADENTON AVE., STE. 100
DUBLIN, OH 43017
PHONE: 614-801-2600
FAX: 614-801-2601
EMAIL: DUBATTY@WELTMAN.COM
WWR# 040907770

I CERTIFY THAT THE STATEMENTS ABOVE ARE TRUE.

_____
EMPLOYER

_____
NAME AND TITLE OF PERSON COMPLETING THIS FORM

_____
SIGNATURE OF PERSON WHO COMPLETED THIS FORM

_____
PHONE NUMBER        DATE

FOR CLERK OF COURT USE ONLY   FEB 1 5 2023

| HOLDING (FOR CLERKS USE ONLY) |
| CASH     CHECK |

THIS FORM IS INTENDED FOR USE AS EITHER AN INTERIM OR A FINAL REPORT AS NEEDED

Exhibit 5

Exhibit 6

# Weltman, Weinberg & Reis Co., LPA

312 Elm Street, Suite 1200 Cincinnati, OH 45202
216-290-4658 | 800-334-0257 | TTY - 711
MON-FRI 8:00 AM - 4:45 PM EST

March 21, 2023

VALERIE Y BARNES
11963 GAYLORD DR
CINCINNATI OH 45240-1564

RE:   CAPITAL ONE, N.A. -vs- VALERIE Y BARNES
      Case Number: 22CV04471
      Account Number: XXXXXXXXXXXX9911
      Weltman File Number: 040907770
      Balance Due as of 03/21/23: $13,584.15

Dear VALERIE Y BARNES:

A Judgment has been rendered against you in regard to the above referenced matter.

As a result of this Judgment, a lien was filed which may encumber real property in which you have an interest. It is important that you contact this office immediately to discuss arrangements to pay this debt.

This communication is from a debt collector attempting to collect this debt for the current creditor and any information obtained will be used for that purpose.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.

CCSWELT03114

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***

312 Elm Street, Suite 1200
Cincinnati, OH 45202
ADDRESS SERVICE REQUESTED

Weltman File Number: 040907770
Balance Due as of 03/21/23: $13,584.15

March 21, 2023

433821071
ılıljılıljnıljlılıljlılılljılll||||lljlılıılllljlljllljlılın
VALERIE Y BARNES
11963 GAYLORD DR
CINCINNATI OH 45240-1564

Weltman, Weinberg & Reis Co., L.P.A.
P.O. Box 93784
Cleveland, OH 44101-5784

Electronic check conversion. Paying by check authorizes Weltman to use the information on your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. Your original check will be destroyed once processed.

114/35628777/707122